IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE YEARBY,

Appellant,

v.

Case No. 5D22-1382
LT Case No. 2014-CF-2864-A-0

STATE OF FLORIDA,

Appellee.

_____/

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Thomas G. Neusom, of Law Office of Thomas
G. Neusom, Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

AFFIRMED.


COHEN, SASSO and NARDELLA, JJ., concur.